```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13692
   JOHN BLANCHARD
   LUE BLANCHARD                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-6324     SSN XXX-XX-2712

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/24/2006 and was confirmed 12/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 03/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG         .00            .00           .00
MITSUBISHI MOTORS CREDIT   SECURED VEHIC     7250.00         598.57       1641.56
MITSUBISHI MOTORS CREDIT   UNSECURED         3072.08            .00       1053.52
DAIMLER CHRYSLER FINANCI   SECURED VEHIC     4833.12         430.17       1094.61
DAIMLER CHRYSLER FINANCI   UNSECURED        NOT FILED           .00           .00
AFFIRMATIVE INSURANCE CO   UNSECURED        NOT FILED           .00           .00
ASPIRE                     UNSECURED        NOT FILED           .00           .00
AT&T CREDIT MANAGEMENT     UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          911.60            .00        312.63
ECAST SETTLEMENT CORP      UNSECURED         2237.05            .00        503.12
BRYANT CORP                UNSECURED        NOT FILED           .00           .00
CAPITAL ONE                UNSECURED         1846.00            .00        633.07
CAPITAL ONE                UNSECURED          573.25            .00        185.76
CBT ASPIRE                 UNSECURED        NOT FILED           .00           .00
CHASE BANK USA             UNSECURED          152.98            .00         49.58
GE MONEY BANK              UNSECURED         2331.23            .00        799.46
SAM'S CLUB/MBGA            UNSECURED        NOT FILED           .00           .00
SEARS                      UNSECURED        NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         2344.64            .00        804.06
RESURGENT CAPITAL SERVIC   UNSECURED         4395.90            .00       1507.51
ECAST SETTLEMENT CORP      UNSECURED          233.10            .00         67.69
SELECT LEGAL PC            DEBTOR ATTY       1,200.00                    1,200.00
TOM VAUGHN                 TRUSTEE                                         727.44
DEBTOR REFUND              REFUND                                           11.25

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   11,620.00

PRIORITY                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13692 JOHN BLANCHARD & LUE BLANCHARD
```

```
SECURED                                              2,736.17
    INTEREST                                         1,028.74
UNSECURED                                            5,916.40
ADMINISTRATIVE                                       1,200.00
TRUSTEE COMPENSATION                                   727.44
DEBTOR REFUND                                           11.25
                              ---------------   ---------------
TOTALS                             11,620.00         11,620.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 06/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```